# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

David Wayne Poydras
T.U., Lower - F-2 DOC No. 115750
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: March 30, 2016**

**Docket Number: 16    00015-CW**

**DAVID W. POYDRAS**
**VERSUS**
**SHERIFF MICHAEL NEUSTROM**

**Writ Application from Lafayette Parish Case No. 2015-4512**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Wayne Poydras** has this day been

    **DENIED.**

cc: Michael J. Neustrom, In Proper Person